IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KYLE RICHARD BISHOP, III,

   Petitioner,

   v.

FRED BURNETT Warden, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-1085-TWT

OPINION AND ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending granting the Respondent Baker's Motion to Dismiss [Doc. 4] and denying the Petition on the merits. The Petitioner's Objections are all adequately addressed in the thorough and well reasoned Report and Recommendation. The Petitioner's claims of errors in the application of state law and the admission of evidence during the trial do not entitle him to federal habeas corpus relief. His claims of ineffective assistance of counsel are procedurally defaulted and without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent Baker's Motion to Dismiss [Doc. 4] is GRANTED. The Petition is DISMISSED on the merits as to Respondent Burnett.

SO ORDERED, this 29 day of January, 2007.


                                            /s/Thomas W. Thrash
                                            THOMAS W. THRASH, JR.
                                            United States District Judge